Mark D. Rutter - State Bar No. 058194
CARPENTER, ROTHANS & DUMONT                    JS-6
888 S. Figueroa St., Suite 1960
Los Angeles, California 90017
Telephone: (213) 228-0400
Facsimile:  (213) 228-0401
mrutter@crdlaw.com

Attorneys for defendants Deputy Patricia Ruiz,
Deputy Leo Lo, Deputy Brian Camacho, Deputy
Robert Boese, Deputy Benjamin Grubb, Sgt.
Matthew Elash and Sgt. Teresa Garrett

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE TORRES, an individual, | Case No. CV09-9533 PA (FMOx) |
| Plaintiff, | |
| -vs- | ORDER DISMISSING ACTION [FRCP 41(a)(1)] |
| THE COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY SHERIFF'S DEPUTY PATRICIA RUIZ; LOS ANGELES COUNTY SHERIFF'S DEPUTY LEO LO; LOS ANGELES COUNTY SHERIFF'S DEPUTY R. BOESE; LOS ANGELES COUNTY SHERIFF'S DEPUTY BENJAMIN GRUBB; LOS ANGELES COUNTY SHERIFF'S DEPUTY CAMACHO; LOS ANGELES SHERIFF'S SERGEANT ELOSH; LOS ANGELES SHERIFF'S SERGEANT GARNET; LOS ANGELES SHERIFF'S DETECTIVE CRAIG JOHNSON; LOS ANGELES SHERIFF'S SERGEANT M. FRAILICH; and DOES 1-10, inclusive, | |
| Defendants | |

1    GOOD CAUSE APPEARING from the stipulation for dismissal on file

2  herein, this entire action is dismissed pursuant to Fed.R.Civ.P. 41 as against all

3  defendants named in this action, whether served or unserved and whether having

4  appeared in this action or not.

5  IT IS SO ORDERED.

6  Dated: January 20, 2011

7

8  :_____

9            PERCY ANDERSON
   U.S. DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28